AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **SHAUNDERICK LEBURON MOORE** | Case No.   1:20CR10018-001 |
| | USM No.   01531-509 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Conditions listed below   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition #3 – Use of Controlled Substance | 04/09/2021 |
| Two | Mandatory Condition #3 – Use of Controlled Substance | 05/19/2021 |
| Three | Mandatory Condition #3 – Use of Controlled Substance | 06/01/2021 |
| Four | Mandatory Condition #3 – Use of Controlled Substance | 06/10/2021 |
| Five | Mandatory Condition #1 – New Law Violation | 06/17/2021 |
| Six | Standard Condition #8: Unauthorized Interaction with a Convicted Felon | 06/17/2021 |

The defendant is sentenced as provided in page   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:   2030 | December 6, 2024 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1984 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Hampton, Arkansas | |
| | Honorable Susan O. Hickey, Chief United States District |
| | Name and Title of Judge |
| | |
| | December 6, 2024 |
| | Date |

Judgment — Page 2 of 2

DEFENDANT: SHAUNDERICK LEBURON MOORE
CASE NUMBER: 1:20CR10018-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twelve (12) months with credit for time served in federal custody. The sentence is to run consecutive to any undischarged sentence the defendant is serving in Criminal Case No. 07CR-2021-32-4 out of Calhoun County, Arkansas. There will be no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                                      UNITED STATES MARSHAL

                                    By _____
                                                  DEPUTY UNITED STATES MARSHAL